UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH CAREY, et al,

     Plaintiffs,

v.                                CASE NO: 8:04-cv-2751-T-23EAJ

CITY OF INDIAN SHORES, et al,

     Defendants.

_____/

**ORDER**

     The parties' joint stipulation of dismissal with prejudice (Doc. 19) is **APPROVED**.

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, this action is **DISMISSED**

**WITH PREJUDICE** and each party shall bear its own attorney's fees, litigation

expenses, and costs.

     ORDERED in Tampa, Florida, on November 19, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy